UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **HI-TECH PHARMACEUTICALS, INC.**, a Georgia corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>**MUSCLEPHARM CORP.**, a Nevada corporation; and **BRADLEY PYATT**, an individual,<br><br>**Defendants.** | CASE NO. 1:16-CV-01495-WSD |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that all claims in the above-captioned lawsuit are dismissed in their entirety without prejudice.

Each party will bear his or its own attorneys' fees and costs.

Respectfully submitted,

*/s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791
101 Marietta Street
Suite 3100
Atlanta, Georgia 30303
Tel: 404-979-3150
Fax: 404-979-3170
charlesbridgers@dcbflegal.com

*Counsel for Plaintiff*

*/s/ Michael J. Suffern*
Admitted *pro hac vice*
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Tel: (513) 698-5064
Fax:  (513) 698-5065
msuffern@ulmer.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2016, I electronically filed the **Stipulation of Dismissal Without Prejudice** using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Michael Joseph Suffern
Jennifer Snyder Heis
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

James L. Hollis
Balch & Bingham
30 Ivan Allen Jr. Blvd. NW
Suite 700
Atlanta, GA 30308

            */s/ Charles R. Bridgers*
            Charles R. Bridgers
            Georgia Bar No. 080791

DeLong, Caldwell, Bridgers,
Fitzpatrick & Benjamin, LLC
101 Marietta Street, Suite 3100
Atlanta, GA 30303
404-979-3150
Charlesbridgers@dcbflegal.com